1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**EASTERN DIVISION**

| | |
|---|---|
| **CLEO CORTINA, SR.,** ) | |
| ) | |
| **Petitioner,** ) | **No. EDCV 08-0077-JFW(RCF)** |
| ) | |
| **v.** ) | **ORDER ACCEPTING FINDINGS** |
| ) | **AND RECOMMENDATIONS OF** |
| **D. ADAMS, Warden,** ) | **UNITED STATES MAGISTRATE JUDGE** |
| ) | |
| **Respondent.** ) | |
| ) | |

        Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition, all the records, and

the Report and Recommendation of United States Magistrate Judge.  Petitioner did not file any

objections to the Report.  The Court accepts the findings and recommendations of the

Magistrate Judge.

        LET JUDGMENT BE ENTERED ACCORDINGLY.


DATED:  September 1, 2011


                                                    JOHN F. WALTER
                                                    UNITED STATES DISTRICT JUDGE