**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**EASTERN DIVISION**

| | |
|---|---|
| **CLEO CORTINA, SR.,** ) | |
| ) | |
| Petitioner, ) | No. EDCV 08-0077-JFW(RCF) |
| ) | |
| v. ) | ORDER ACCEPTING FINDINGS |
| ) | AND RECOMMENDATIONS OF |
| **D. ADAMS, Warden,** ) | UNITED STATES MAGISTRATE JUDGE |
| ) | |
| Respondent. ) | |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition, all the records, and the Report and Recommendation of United States Magistrate Judge. Petitioner did not file any objections to the Report. The Court accepts the findings and recommendations of the Magistrate Judge.

LET JUDGMENT BE ENTERED ACCORDINGLY.

DATED: September 1, 2011

JOHN F. WALTER
UNITED STATES DISTRICT JUDGE