JS-6

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
### EASTERN DIVISION

| | |
|---|---|
| CLEO CORTINA, SR., ) | |
|     Petitioner, ) | No. EDCV 08-0077-JFW (RCF) |
| v. ) | JUDGMENT |
| D. ADAMS, Warden, ) | |
|     Respondent. ) | |

Pursuant to the Order Accepting Findings and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that the Petition for Writ of Habeas Corpus is denied with prejudice.

DATED: September 1, 2011

/s/ John F. Walter
JOHN F. WALTER
UNITED STATES DISTRICT JUDGE