JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# EASTERN DIVISION

| | |
|---|---|
| CLEO CORTINA, SR., <br><br>          Petitioner, <br><br>     v. <br><br>D. ADAMS, Warden, <br><br>          Respondent. | No. EDCV 08-0077-JFW (RCF) <br><br> JUDGMENT |

Pursuant to the Order Accepting Findings and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that the Petition for Writ of Habeas Corpus is denied with prejudice.

DATED: <u>September 1, 2011</u>

_____
JOHN F. WALTER
UNITED STATES DISTRICT JUDGE